**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE WORLD TRADE CENTER SITE LITIGATION | 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

---

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaints[1] was made by me[2] | DATE 2/21/08 |
| NAME OF SERVER (PRINT) Kevin Mills | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Kristen M Hackford
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-

For the following Defendant(s):

BOVIS LEND LEASE LMB, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/08
Date

Signature of Server: Kevin Mills

Address of Server: 115 Broadway, NY 10008

WANDA Y. RIVERA
Notary Public, State of New York
No. 01RI6074197
Qualified in New York County
Commission Expires May 13, 20__

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





*1155*   *254*   *5450*

OF NEW YORK



## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16564 | John Adorno, Jr. (and Wife, Ivette Hoyos-Adorno) | 08CV00598 | 1/7/2008 |
| 15470 | Marisol Alba | 08CV00599 | 1/7/2008 |
| 16858 | Carlos Almonte (and Wife, Sonia Ocasio-Almonte) | 08CV00816 | 1/7/2008 |
| 16156 | Chris Anderson (and Wife, Jeannette Anderson) | 08CV00600 | 1/7/2008 |
| 1755 | Michael Anderson (and Wife, yenny anderson) | 08cv01275 | 2/7/2008 |
| 16723 | Raymond Armstrong (and Wife, Eva Armstrong) | 08CV00601 | 1/7/2008 |
| 6597 | Paul Arrigo | 08CV00602 | 1/7/2008 |
| 17412 | Rito Arroyo (and Wife, Isabel Arroyo) | 08CV00603 | 1/7/2008 |
| 16373 | Joel Axelrod (and Wife, Lea Axelrod) | 08CV00604 | 1/7/2008 |
| 17468 | Patrick Balsamo (and Wife, Diane Balsamo) | 08CV00605 | 1/7/2008 |
| 14101 | Anibal Batista (and Wife, Wanda Batista) | 08CV00817 | 1/7/2008 |
| 17036 | Joseph Bauer (and Wife, Alice A Bauer) | 08CV00606 | 1/7/2008 |
| 17149 | Ronald Bauman (and Wife, Susan Bauman) | 08CV00607 | 1/7/2008 |
| 16915 | Jeffrey Bednar | 08CV00608 | 1/7/2008 |
| 17507 | Thomas J. Bello (and Wife, Eleanor A Bello) | 08CV00609 | 1/7/2008 |
| 17252 | Lawrence Benson (and Wife, Chantal Benson) | 08CV00610 | 1/7/2008 |
| 11954 | Sharon Benson, as Administratrix of Sammie Benson | 08CV01349 | 2/4/2008 |
| 17115 | Richard Bivona (and Wife, Joann Bivona) | 08CV00612 | 1/7/2008 |
| 17032 | Nicholas Blanchard (and Wife, Janice Blanchard) | 08CV00613 | 1/7/2008 |
| 17275 | Michael Blood (and Wife, Cythia Blood) | 08CV00614 | 1/7/2008 |
| 14565 | William Boden (and Wife, Vicki Boden) | 08CV00615 | 1/7/2008 |
| 16888 | Anthony Bovery | 08CV00818 | 1/7/2008 |
| 16461 | Ronald Bowers | 08CV00616 | 1/7/2008 |
| 15935 | Cynthia Boyle (and Husband, Andrew Boyle) | 07cv09639 | 10/30/2007 |
| 17386 | Kenneth Brancaccio (and Wife, Maria Brancaccio) | 08CV00617 | 1/7/2008 |
| 17223 | John Brannen (and Wife, Dianne C Brannen) | 08CV00618 | 1/7/2008 |
| 16080 | George Brosnan (and Wife, Patricia Brosnan) | 08CV00819 | 1/7/2008 |
| 17172 | Edward G. Brown (and Wife, Kathleen Mary Brown) | 08CV00619 | 1/7/2008 |
| 17390 | Kevin Brown (and Wife, Laura Brown) | 08CV00620 | 1/7/2008 |
| 16893 | Joseph Brunetti (and Wife, Maria Leonardi) | 08CV00621 | 1/7/2008 |
| 15643 | Raymond Bruno (and Wife, Michelle Bruno) | 08CV00622 | 1/7/2008 |
| 12157 | Marion Bryant | 08CV00623 | 1/7/2008 |
| 17000 | Mark J. Buchalski | 08CV00624 | 1/7/2008 |
| 17078 | George Burke (and Wife, Diana Burke) | 08CV00625 | 1/7/2008 |
| 17071 | William E. Butler (and Wife, Margaret Butler) | 08CV00626 | 1/7/2008 |
| 17210 | James P Byrnes | 08CV00627 | 1/7/2008 |
| 16199 | Anthony Cafferkey | 08CV00628 | 1/7/2008 |
| 15293 | Chris Callahan | 08CV00629 | 1/7/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 17323 | Renee Campos | 08CV00630 | 1/7/2008 |
| 17162 | Daniel Canta (and Wife, Irene Canta) | 08CV00631 | 1/7/2008 |
| 16995 | Robert Carbone | 08CV00632 | 1/7/2008 |
| 14422 | Cristina Caro | 08CV00850 | 1/7/2008 |
| 14712 | Christina Carol | 08CV00633 | 1/7/2008 |
| 16994 | Thomas Carrano | 08CV00634 | 1/7/2008 |
| 16644 | Neil Carroll | 08CV00635 | 1/7/2008 |
| 17176 | Nancy L. Castro | 08CV00636 | 1/7/2008 |
| 16966 | Frank Catanzaro | 08CV00637 | 1/7/2008 |
| 16213 | John Cavanaugh | 08CV00638 | 1/7/2008 |
| 17023 | Adarsh Chandra | 08CV00820 | 1/7/2008 |
| 17402 | Stanley Chin (and Wife, Wendy Chin) | 08CV00639 | 1/7/2008 |
| 16871 | Leo Ciangiulli | 08CV00640 | 1/7/2008 |
| 11587 | Paul Cicero (and Wife, Laura Cicero) | 08CV00641 | 1/7/2008 |
| 16593 | John Citara, Sr. | 08CV00642 | 1/7/2008 |
| 15438 | John Civelia | 08CV00643 | 1/7/2008 |
| 16821 | Alma J. Clark | 08CV00644 | 1/7/2008 |
| 17216 | Daniel Coan (and Wife, Christina Coan) | 08CV00645 | 1/7/2008 |
| 16738 | Gerald Coffey (and Wife, Pietrina Coffey) | 08CV00646 | 1/7/2008 |
| 15801 | Manson Coleman | 08CV00821 | 1/7/2008 |
| 17316 | Robert Colwell (and Wife, Regina Colwell) | 08CV00647 | 1/7/2008 |
| 15220 | Anthony Compitello (and Wife, Mary Compitello) | 08CV00648 | 1/7/2008 |
| 15313 | James Connors | 08CV00649 | 1/7/2008 |
| 16641 | William Cooper (and Wife, Debra Cooper) | 08CV00650 | 1/7/2008 |
| 16335 | Sharon Corbett | 08CV00651 | 1/7/2008 |
| 11589 | Daniel Cornelius (and Wife, Adrianna Cornelius) | 08CV00652 | 1/7/2008 |
| 17500 | Sean Coyle (and Wife, Maureen Coyle) | 08CV00822 | 1/7/2008 |
| 16926 | James Cronin (and Wife, GinaMarie Cronin) | 08CV00653 | 1/7/2008 |
| 17324 | Joaquim DaSilva (and Wife, Cricket DaSilva) | 08CV00823 | 1/7/2008 |
| 17204 | Gilberto Davila | 08CV00654 | 1/7/2008 |
| 17243 | Anthony DeJesus | 08CV00655 | 1/7/2008 |
| 16960 | Emerito DeJesus (and Wife, Ana M DeJesus) | 08CV00824 | 1/7/2008 |
| 3958 | John Delgado (and Wife, Vivian Delgado) | 08CV00656 | 1/7/2008 |
| 17217 | William Delgado (and Wife, Sonja Delgado) | 08CV00657 | 1/7/2008 |
| 17113 | Toni-Lynn Delorenzo | 08CV00658 | 1/7/2008 |
| 17245 | Janine Delsalto | 08CV00659 | 1/7/2008 |
| 17393 | Todd Demayo | 08CV00660 | 1/7/2008 |
| 17224 | Anthony Deus (and Wife, Constance Deus) | 08CV00661 | 1/7/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 17110 | Keith Devine (and Wife, Beth Devine) | 08CV00662 | 1/7/2008 |
| 16833 | Bruce DiPietro (and Wife, Sandra DiPietro) | 08CV00663 | 1/7/2008 |
| 17198 | Joan Dreher | 08CV00664 | 1/7/2008 |
| 3378 | Richard A. DuBois (and Wife, Tara Dubois) | 08CV00665 | 1/7/2008 |
| 15674 | Jahiz Dupass (and Wife, Sian Dupass) | 08CV00666 | 1/7/2008 |
| 17163 | Kevin Earnest (and Wife, Stacey D Earnest) | 08CV00667 | 1/7/2008 |
| 16869 | Delroy Ellis (and Wife, Ophelia Ellis) | 08CV00668 | 1/7/2008 |
| 17515 | Steven Enderley (and Wife, Rosana Enderley) | 08CV00669 | 1/7/2008 |
| 16885 | Ronald Esposito | 08CV00670 | 1/7/2008 |
| 16350 | Manuel Falu (and Wife, Eulalie Falu) | 08CV00671 | 1/7/2008 |
| 6710 | Michael Farrell (and Wife, Susan Farrell) | 08cv01088 | 2/1/2008 |
| 13650 | Kevin Fedyszyn | 08CV00825 | 1/7/2008 |
| 14456 | Anita Feinstein | 08CV00672 | 1/7/2008 |
| 16982 | Gerard Ferrara (and Wife, Gabriella Ferrara) | 07cv11486 | 1/7/2008 |
| 7218 | Raymond Fiore | 08CV00673 | 1/7/2008 |
| 17214 | Daniel Floody (and Wife, Diane R Floody) | 08CV00674 | 1/7/2008 |
| 17059 | Bruce Foss (and Wife, Mary Foss) | 08CV00675 | 1/7/2008 |
| 13617 | Dana Frank | 08CV00676 | 1/7/2008 |
| 15482 | Joseph Freely | 08CV00677 | 1/7/2008 |
| 17230 | John Frucci III | 08CV00678 | 1/7/2008 |
| 16903 | David Gallagher (and Wife, Ann M Gallagher) | 08CV00679 | 1/7/2008 |
| 16480 | Robert Gallo (and Wife, Delta Gallo) | 08CV00680 | 1/7/2008 |
| 17322 | Jose Garcia | 08CV00681 | 1/7/2008 |
| 17201 | Luis Garcia (and Wife, Hilda Garcia) | 08CV00682 | 1/7/2008 |
| 17018 | Michael Gardini | 08CV00683 | 1/7/2008 |
| 3978 | John Gardner | 08CV00684 | 1/7/2008 |
| 17497 | Paul Gill | 08CV00685 | 1/7/2008 |
| 17072 | Robert Gilliam (and Wife, Antoinette Gilliam) | 08CV00827 | 1/7/2008 |
| 17396 | Harold Gillingham (and Wife, Evelyn Gillingham) | 08CV00828 | 1/7/2008 |
| 17303 | James Gordon | 08CV00686 | 1/7/2008 |
| 16890 | Maria Gordon (and Husband, Patrick Gordon) | 08CV00687 | 1/7/2008 |
| 16917 | Brendan Gorman | 08CV00688 | 1/7/2008 |
| 16884 | Theodore Grant (and Wife, Dona Grant) | 08CV00689 | 1/7/2008 |
| 17096 | Michael Grazia (and Wife, Christine L Grazia) | 08CV00690 | 1/7/2008 |
| 16708 | Anthony Grotto (and Wife, Kristen A Grotto) | 08CV00691 | 1/7/2008 |
| 17173 | Vincent Guerriera | 08CV00692 | 1/7/2008 |
| 14358 | Robin Habbershaw, as Administratrix of Daniel W Habbershaw | 07cv09359 | 10/18/2007 |
| 16987 | Lionel Hampton | 08CV00693 | 1/7/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16933 | Ralph Hanna (and Wife, Jacqueline Hanna) | 08CV00829 | 1/7/2008 |
| 1848 | Douglas Hannon (and Wife, Veronica E Hannon) | 08CV00694 | 1/7/2008 |
| 17103 | Chrystel Hannon-Desposati (and Wife, Constantino Desposati) | 08CV00830 | 1/7/2008 |
| 17312 | Mukstar Hasan (and Wife, Shanhnaz Hasan) | 08CV00695 | 1/7/2008 |
| 16293 | Darryl Hayes (and Wife, Roxann Hayes) | 08CV00831 | 1/7/2008 |
| 17029 | Miguel Hernandez | 08CV00696 | 1/7/2008 |
| 17010 | Alexander Hili (and Wife, Linda Hili) | 08CV00697 | 1/7/2008 |
| 17387 | Jeffrey Hong (and Wife, Soyang Hong) | 08CV00698 | 1/7/2008 |
| 17075 | Leonard Hubband (and Wife, Patricia Hubbard) | 08CV00699 | 1/7/2008 |
| 15782 | Robert Hull (and Wife, Kelly Marie Hull) | 08CV00700 | 1/7/2008 |
| 16222 | Anita Jackson (and Wife, Louis Jackson) | 08CV00701 | 1/7/2008 |
| 17227 | George Jackson (and Wife, Deborah Jackson) | 08CV00702 | 1/7/2008 |
| 17041 | Debbi Jones, as Administratrix of James L. Jones | 08CV00832 | 1/7/2008 |
| 17443 | Alexandra Kahermanes-Schwartz | 08CV00703 | 1/7/2008 |
| 16944 | Curt Kellinger (and Wife, Penny Kellinger) | 08CV00704 | 1/7/2008 |
| 17422 | Kevin Kelly (and Wife, Joanne Kelly) | 08CV00705 | 1/7/2008 |
| 16822 | Theresa Kent-Moller (and Husband, Kenneth C Moller) | 08CV00706 | 1/7/2008 |
| 15181 | Christopher J. Klimek | 08CV00707 | 1/7/2008 |
| 15426 | Kenneth Kohlmann (and Wife, Adrienne Kohlmann) | 08CV00708 | 1/7/2008 |
| 1923 | Glenn Kolonics (and Wife, Katherine A Kolonics) | 08CV00709 | 1/7/2008 |
| 16951 | John Lam (and Wife, Sandy Lam) | 08CV00833 | 1/7/2008 |
| 1997 | Anthony Lane | 08CV00710 | 1/7/2008 |
| 16781 | Susan Laveglia | 08CV00711 | 1/7/2008 |
| 16857 | Jacqueline Leahy (and Husband, Michael Leahy) | 08CV00834 | 1/7/2008 |
| 17414 | Richard Lee (and Wife, Linda Lee) | 08CV00712 | 1/7/2008 |
| 16385 | Joseph Leonard (and Wife, Agnes Leonard) | 07cv11487 | 1/7/2008 |
| 17263 | Domenico Leone (and Wife, Isabella C Leone) | 08CV00714 | 1/7/2008 |
| 17260 | Natale Leone (and Wife, Debby Leone) | 08CV00715 | 1/7/2008 |
| 17290 | Mark Levine (and Wife, Leslie Levine) | 08CV00716 | 1/7/2008 |
| 16722 | Michael Liberatore (and Wife, Lorraine Liberatore) | 08CV00717 | 1/7/2008 |
| 16750 | Scott Lieberz (and Wife, Kim Lieberz) | 08CV00718 | 1/7/2008 |
| 17415 | Bruce Lindahl (and Wife, Luz A Lindahl) | 08CV00719 | 1/7/2008 |
| 17416 | Leif Lindgren (and Wife, Ellen Lindgren) | 08CV00835 | 1/7/2008 |
| 17535 | Andrew Link (and Wife, Danielle Link) | 08CV00720 | 1/7/2008 |
| 16992 | Stewart Loeb (and Wife, Sook In Loeb) | 08CV00721 | 1/7/2008 |
| 17020 | Robin Lohier | 08CV00722 | 1/7/2008 |
| 13827 | Antoinetta Lombardi | 08CV00723 | 1/7/2008 |
| 16834 | Diana Luke (and Wife, Edward C Luke) | 08CV00724 | 1/7/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 17281 | Gioacchino Macaluso (and Wife, Luz Marie Macaluso) | 08CV00725 | 1/7/2008 |
| 16207 | Stephen Magarine | 08CV00726 | 1/7/2008 |
| 12584 | Andy Mahabir (and Wife, Donna Mahabir) | 08CV00727 | 1/7/2008 |
| 6584 | Dennis Maklari (and Wife, Linda Maklari) | 08CV00728 | 1/7/2008 |
| 17208 | Denise Mantell | 08CV00729 | 1/7/2008 |
| 17473 | Scott Maraio (and Wife, Cheryl Maraio) | 08CV00730 | 1/7/2008 |
| 17084 | Joseph Maresca (and Wife, Ciela Maresca) | 08CV00731 | 1/7/2008 |
| 11392 | John Marone (and Wife, Nicole Marone) | 08CV00732 | 1/7/2008 |
| 15715 | Philip Mattiolo (and Wife, Karen Mattiolo) | 08CV00733 | 1/7/2008 |
| 17053 | Frankus Mays | 08CV00734 | 1/7/2008 |
| 17145 | John McCarthy (and Wife, Anna McCarthy) | 08CV00836 | 1/7/2008 |
| 6754 | James McConnell (and Wife, Catherine McConnell) | 08CV00735 | 1/7/2008 |
| 15543 | Agnes McCoy, as Administratrix of Thomas McCoy | 08CV00736 | 1/7/2008 |
| 15605 | Thomas McGibney (and Wife, Patricia McGibney) | 08CV00852 | 1/7/2008 |
| 16215 | Joseph McHugh (and Wife, Dolores McHugh) | 08CV00737 | 1/7/2008 |
| 16519 | Thomas McHugh | 08CV00738 | 1/7/2008 |
| 17472 | Sean McNamee | 08CV00739 | 1/7/2008 |
| 15322 | Brian McNulty | 08CV00837 | 1/7/2008 |
| 16726 | Frank Melita (and Wife, Lilian Melita) | 08CV00740 | 1/7/2008 |
| 17296 | Mary A. Mendez (and Wife, Jose M Mendez) | 08CV00741 | 1/7/2008 |
| 17229 | Victor Mesce | 08CV00838 | 1/7/2008 |
| 17228 | Edward Milmore (and Wife, Joan Milmore) | 08CV00742 | 1/7/2008 |
| 17154 | James Moir (and Wife, Joanne Maria Moir) | 08CV00743 | 1/7/2008 |
| 7525 | Anthony Monte (and Wife, Maureen Monte) | 08CV00839 | 1/7/2008 |
| 17146 | Anthony Moran | 08CV00744 | 1/7/2008 |
| 17294 | Robert Moran (and Wife, Susan Moran) | 08CV00745 | 1/7/2008 |
| 17279 | Gary Mouscardy (and Wife, Wanda Mouscardy) | 08CV00746 | 1/7/2008 |
| 17474 | Joseph Mullady (and Wife, Jeanmarie Mullady) | 08CV00747 | 1/7/2008 |
| 16756 | Michael Mulroy | 08CV00840 | 1/7/2008 |
| 17410 | Thomas B. Neff (and Wife, Pamela Neff) | 08CV00748 | 1/7/2008 |
| 3082 | Daniel A. Nolan, Jr. (and Wife, Patricia Nolan) | 08CV00749 | 1/7/2008 |
| 16823 | Matthew O'Connell (and Wife, Colleen O'Connell) | 08CV00750 | 1/7/2008 |
| 17142 | Robert Orloff (and Wife, Kathleen Orloff) | 08CV00841 | 1/7/2008 |
| 17233 | Charles Padula (and Wife, Laura B Padula) | 08CV00842 | 1/7/2008 |
| 16742 | Vanessa Palusko (and Husband, Eric Palusko) | 08CV00751 | 1/7/2008 |
| 1823 | Ronald Pascucci (and Wife, Ann Pascucci) | 08CV00752 | 1/7/2008 |
| 15761 | Mark Pechenyy (and Wife, Malvina Pechenaya) | 08CV00753 | 1/7/2008 |
| 16986 | Micheal Pelusio (and Wife, Annette Pelusio) | 08CV00754 | 1/7/2008 |

| Rider | Service Rider | | |
|---|---|---|---|
| File No | Plaintiff | Index Number | Date Filed |
| 16841 | Pedro Perez (and Wife, Marlene Perez) | 08CV00755 | 1/7/2008 |
| 17135 | Neil Pero | 08CV00756 | 1/7/2008 |
| 17310 | Paul Perodin | 08cv00843 | 1/7/2008 |
| 16791 | Munesh Persaud (and Wife, Ramonda Persaud) | 08CV00757 | 1/7/2008 |
| 16663 | John Phillips (and Wife, Ellen Louise Phillips) | 08CV00758 | 1/7/2008 |
| 17481 | Chris Polidoro (and Wife, Sharon Osborne) | 08CV00759 | 1/7/2008 |
| 15757 | Mae Woodley-Pratt, as Administratrix of Leroy J. Pratt | 08CV00760 | 1/7/2008 |
| 16829 | William Prosper, Jr. | 08CV00761 | 1/7/2008 |
| 17297 | Gregory Quibell | 08CV00762 | 1/7/2008 |
| 17278 | John Raffaele (and Wife, Deborah Ann Rafaele) | 08CV00763 | 1/7/2008 |
| 16958 | Joseph Ragazzo (and Wife, Camille Radazzo) | 08CV00764 | 1/7/2008 |
| 17405 | Richard Raimo (and Wife, Maryann T Raimo) | 08CV00765 | 1/7/2008 |
| 16104 | George Rallo | 08CV00766 | 1/7/2008 |
| 15157 | Dominick Rappa (and Wife, Maria E Rappa) | 08CV00767 | 1/7/2008 |
| 17090 | Edward Rasmussen (and Wife, Nancy Rasmussen) | 08CV00768 | 1/7/2008 |
| 17413 | Edward J Regan, as Personal Representative of William J. Regan | 08CV00769 | 1/7/2008 |
| 16894 | Steven Regina | 08CV00770 | 1/7/2008 |
| 3050 | Martin Reilly (and Wife, Michele Reilly) | 08CV00771 | 1/7/2008 |
| 17464 | Raymond Reilly (and Wife, Debra Reilly) | 08CV00772 | 1/7/2008 |
| 17432 | Christopher Reinhard | 08CV00773 | 1/7/2008 |
| 8059 | Raymond Rembellas (and Wife, Elaine Rembellas) | 08cv01087 | 2/1/2008 |
| 17005 | Richard Riccardi | 08CV00774 | 1/7/2008 |
| 16356 | Frank G. Ricciardi | 08CV00775 | 1/7/2008 |
| 17384 | Marques A. Rios | 08CV00776 | 1/7/2008 |
| 16033 | Ivan Rivera (and Wife, Lina Rivera) | 08CV00777 | 1/7/2008 |
| 17444 | Mercedes Rivera | 08CV00778 | 1/7/2008 |
| 17206 | Arronious Robinson | 08CV00779 | 1/7/2008 |
| 16418 | Louis Rodriguez (and Wife, Gertrude Rodriguez) | 08CV00851 | 1/7/2008 |
| 17064 | Luis Rodriguez | 08CV00780 | 1/7/2008 |
| 17219 | John Rosati | 08CV00781 | 1/7/2008 |
| 6338 | Thomas E. Rosina (and Wife, Ann Marie Rosina) | 08CV00782 | 1/7/2008 |
| 17407 | Marc Rotuh | 08CV00783 | 1/7/2008 |
| 16968 | Michael Ruggiero (and Wife, Elizabeth Ruggiero) | 08CV00844 | 1/7/2008 |
| 17292 | Thomas Russo (and Wife, Nancy Russo) | 08CV00784 | 1/7/2008 |
| 17237 | Eric Sanchez (and Wife, Pamela Sanchez) | 08CV00785 | 1/7/2008 |
| 16920 | Manuel A. Sanchez (and Wife, Margaret Sanchez) | 08CV00786 | 1/7/2008 |
| 17494 | Joan Santangelo (and Husband, Joseph M DeSerio) | 08CV00845 | 1/7/2008 |
| 16844 | Abalberto Santiago (and Wife, Miriam Santiago) | 08CV00787 | 1/7/2008 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16855 | Ernest Schneider (and Wife, Rosemarie Schneider) | 08CV00788 | 1/7/2008 |
| 17534 | James Sesti (and Wife, Kelly Sesti) | 08CV00789 | 1/7/2008 |
| 14064 | Aaron Sha-Bethea | 08CV00790 | 1/7/2008 |
| 16929 | Kimberly Singleton | 08CV00791 | 1/7/2008 |
| 16868 | Lavorn Singleton | 08CV00792 | 1/7/2008 |
| 17165 | Cyress Smith | 08CV00846 | 1/7/2008 |
| 16796 | James Snook (and Wife, Arlene Snook) | 08CV00793 | 1/7/2008 |
| 16532 | Steven Spavone (and Wife, Denise Spavone) | 08CV00794 | 1/7/2008 |
| 17295 | Kenneth Specht | 08CV00795 | 1/7/2008 |
| 17319 | Dale Spinning (and Wife, Melissa C Spinning) | 08CV00796 | 1/7/2008 |
| 14141 | Daniel Stewart | 08CV00797 | 1/7/2008 |
| 16268 | James Surrusco (and Wife, Lora A Surrusco) | 08CV00798 | 1/7/2008 |
| 17088 | James Sutton | 08CV00799 | 1/7/2008 |
| 17034 | Michael Swannick (and Wife, Dawn Swannick) | 08CV00800 | 1/7/2008 |
| 17254 | Liza Tate | 08CV00801 | 1/7/2008 |
| 17105 | Alessandro Tocco (and Wife, Josephine Tocco) | 08CV00802 | 1/7/2008 |
| 15740 | Richard Tursi (and Wife, Jane Tursi) | 08CV00847 | 1/7/2008 |
| 16743 | Frank Urrico (and Wife, Sonja Urrico) | 08CV00803 | 1/7/2008 |
| 17197 | Paul Valerga (and Wife, Tracy Valerga) | 08CV00804 | 1/7/2008 |
| 14811 | Philip Varley | 08CV00853 | 1/7/2008 |
| 17006 | James Vecchio (and Wife, Jane Vecchio) | 08CV00805 | 1/7/2008 |
| 17247 | Tania Velazquez | 08CV00806 | 1/7/2008 |
| 16851 | Wally Vila (and Husband, Eusebio Perez) | 08CV00848 | 1/7/2008 |
| 16717 | Michael Vincent (and Wife, Lauren Vincent) | 08CV00807 | 1/7/2008 |
| 17271 | Daniel Walker | 08CV00808 | 1/7/2008 |
| 17274 | Daniel Walsh (and Wife, Michele M Walsh) | 08CV00809 | 1/7/2008 |
| 16963 | Glenn Washington (and Wife, Jeanette Washington) | 08CV00810 | 1/7/2008 |
| 16729 | Lorraine Waters, as Personal Representative of Dorothy Waters | 08CV00811 | 1/7/2008 |
| 16039 | Andrew Wender (and Wife, Diane Wender) | 08CV00812 | 1/7/2008 |
| 16462 | Frederick E. Whitehead II (and Wife, Diane Whitehead) | 08CV00813 | 1/7/2008 |
| 15600 | Davon Wilson | 08CV00814 | 1/7/2008 |
| 17231 | Wilbert Wilson (and Wife, Charlotte Wilson) | 08CV00849 | 1/7/2008 |
| 15841 | Joseph E. Young (and Wife, Sandra G Young) | 08CV00815 | 1/7/2008 |

261  Group:    Out    In: